IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TENNESEE and<br>STUDENTS FOR FAIR ADMISSIONS, INC. | )<br>)<br>)<br>) | |
| *Plaintiffs,* | )<br>) | |
| v. | )<br>) | Case No. 3:25-cv-270 |
| UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official capacity as Secretary of Education | )<br>)<br>)<br>)<br>) | |
| *Defendants.* | )<br>) | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>PROPOSED DEFENDANT-INTERVENOR'S MOTION TO INTERVENE</u>**

Pursuant to Federal Rule of Civil Procedure 24(a) or, in the alternative, Rule 24(b), the Hispanic Association of Colleges and Universities ("HACU") moves to intervene as a defendant in the above-captioned matter.

Founded in 1986, Proposed Intervenor HACU is the sole national educational association that represents Hispanic-Serving Institutions (HSIs) and the preeminent voice for Hispanic higher education in the United States. HACU's leadership, mobilization, and legislative advocacy led Congress to officially recognize HSIs in 1992, and to distribute designated funding to HSIs beginning in 1995. As a membership organization, HACU represents over 500 designated HSIs; many of HACU's student members attend HSIs, as well. HACU promotes the development of its member colleges and universities by advocating for the appropriation and distribution of millions of dollars in federal funding through the Hispanic-Serving Institutions grants program and by leveraging private and other public sector resources for the benefit of the

1

millions of students served by HSIs. HACU's protectable legal interests will be impaired absent intervention.

In support of this motion, Proposed Intervenor respectfully refers the Court to the accompanying Memorandum of Law; attached declaration of Antonio R. Flores, President and CEO of the Hispanic Association of Colleges and Universities, **Ex. A**; and attached Answer, which Proposed Intervenor submits in accordance with Federal Rule of Civil Procedure 24(c). After pleadings are closed, Proposed Intervenor intends to submit before this Court a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).[1]

Dated: July 24, 2025

                                                 Respectfully submitted,

By: _Stella Yarbrough_
Stella Yarbrough
BPR No. 033637
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
615.320.7142
syarbrough@aclu-tn.org

Francisca D. Fajana*
LatinoJustice PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
212.219.3360
FFajana@latinojustice.org

*Application for Pro Hac Vice admission pending

---

[1] *See e.g., Priorities USA v. Nessel*, 628 F.Supp.3d 716, 723 (E.D. Mich. 2022) (granting defendants-intervenor's FRCP 12(c) motion for judgment on the pleadings).

2