# Exh. A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

STATE OF TENNESSEE and
STUDENTS FOR FAIR ADMISSIONS,
INC.,

*Plaintiffs*,

v.

Case No.3:25-cv-270

UNITED STATES DEPARTMENT OF
EDUCATION and LINDA MCMAHON, in
her official capacity as Secretary of
Education,

*Defendants*.

## DECLARATION OF ANTONIO R. FLORES, PRESIDENT AND CEO OF HISPANIC ASSOCIATION OF COLLEGES AND UNIVERSITIES ("HACU")

I, Antonio R. Flores, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1.      I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2.      I am the President and CEO of the Hispanic Association of Colleges and Universities ("HACU"). I have been in this role for twenty-nine years, having been appointed in February 1996. I earned a doctorate degree in higher education administration from the University of Michigan–Ann Arbor.

1

3.  I am and have been a member of several national higher education boards and coalitions, including the Washington Higher Education Secretariat and American Educational Research Association. In recognition of my contributions to higher education, among other honors I have been awarded honorary doctorate degrees from a number of institutions, including Western Michigan University and New Jersey City University.

4.  In my role as President and CEO of HACU, I drive HACU's mission by overseeing policy initiatives critical to the organization, set objectives for our external affairs platform, and engage in strategic planning and governance. Having led HACU for nearly three decades, I'm knowledgeable about its history and accomplishments and the critical role it played in the genesis and ongoing accomplishments of the congressionally designated Hispanic-Serving Institutions program.

A)    **HACU's Mission & History**

5.  Founded in 1986, HACU's mission is to champion Hispanic students' success in higher education.[1] Around the time of HACU's founding, only around 44.1% of Hispanic 18- and 19-year-olds were enrolled in college compared to 55.6% of non-Hispanic students.[2] Between 1974 and 1989, Hispanic students made little progress in high-school graduation

---

[1] The term "Hispanic" refers to individuals who originate from Spanish-speaking countries. *See* 42 U.S.C. § 300u-6(g)(2). "Latino" or the gender neutral "Latinx," meanwhile, refers to individuals whose origins are from Latin America. *See* Hugo Lopez *et al.*, *Who Is Hispanic?*, PEW RSCH. CTR. (Sept. 23, 2021), https://www.pewresearch.org/fact-tank/2021/09/23/who-is-hispanic/.  Proposed Intervenor HACU uses the terms interchangeably not because they mean the same thing but to cover the range of races and ethnicities within the Latino umbrella. Latinos can be of any race. The term includes Afro-Latinos and Indigenous people who self-identify as Latino.

[2] Mark Pitsch, *Hispanic Graduation Rates Lags Others', A.C.E. Finds*, EDUCATION WEEK (Jan. 23, 1991), https://www.edweek.org/education/hispanic-graduation-rate-lags-others-a-c-e-finds/1991/01.

2

rates. There is well documented history of segregation of and discrimination against Spanish language dominant students in Texas, California, and other parts of our country.

6.    HACU was founded to coalesce institutions of higher learning with sizeable Hispanic enrollment, to heighten awareness about the role of these institutions in educating Hispanic youth and preparing them for the nation's workforce. Headquartered in San Antonio, Texas, HACU also has regional offices in Washington, D.C., Sacramento, California, and Chicago, Illinois. HACU's governing board of member organizations provides direction and oversight.

7.    HACU fulfills its mission by improving access to and the quality of post-secondary educational opportunities for Hispanic students; and meeting the needs of business, industry and government through the development and sharing of resources, information and expertise. HACU develops and shares resources, information, and expertise to advance the success of Hispanic students.

**B)     HACU's Role in Creating and Sustaining the Hispanic-Serving Institution Program**

8.    HACU's signature accomplishment is securing passage of federal legislation designating institutions that serve a sizeable number of Hispanic students as Hispanic-Serving Institutions ("HSIs"). Years before HACU was formally launched, its founding members had been agitating for the creation of a federal Hispanic-Serving Institution program. In 1992, following years of sustained advocacy by HACU and its allies, Congress finally passed a law formally recognizing institutions serving a substantial population of Latino students. The first distribution of federal funding for HSIs followed in 1995.

9.    Codified in Parts A, B, and of Title V of the Higher Education Act, HSIs are institutions whose Hispanic student enrollment is at least twenty-five percent (hereinafter "HSIs

3

Program"). Institutions that meet the HSI designation compete for funding administered by the U.S. Department of Education. Federal funding obtained by HSIs provides capacity building and infrastructure support and promotes student success and readiness for the nation's economy. Students are accepted to and educated by HSIs without regard to their race, ethnicity, color, creed, national origin, gender, disability, or any other characteristic. HSI designation is not a college admission criterion. .

10. Congressional designation of institutions serving discrete groups is not uncommon. For example, an Alaska Native-Serving Institution requires a 20% student enrollment, an Asian American, Native American and Pacific Islander-Serving Institution requires a 10% student enrollment, and a Historically Black College or University requires a 17% student enrollment.[3] The Historically Black College or University designation arose, in part, because the federal government made land grants to exclusively white institutions. There is documented history of exclusionary education practices against Native Americans, Asian Americans, Latinos and other marginalized groups. The HSI designation is not an anomaly.

11. HACU is the only national educational association that represents Hispanic-Serving Institutions. HACU's key objectives include ensuring that HSIs continue to thrive as dynamic engines of educational excellence.

12. Besides HSI designation and receipt of federal financial assistance, HACU also has achieved other legislative and administrative successes for its membership. In 2007, due to HACU's leadership and advocacy, Congress passed the College Cost Reduction and Access Act which allocates federal funding to HSIs for Science Technology Engineering and Mathematics ("STEM") education and partnership. In 2011, under HACU's

---

[3] *See What Are MSIs?*, Rutgers-New Brunswick Graduate School of Education, Center for MSIs, https://cmsi.gse.rutgers.edu/content/what-are-msis (last visited July 23, 2025).

4

leadership, Congress recognized the Hispanic Serving School Districts designation to create a seamless educational pathway for student success from kindergarten to graduate school, particularly in STEM. In 2017, HACU advocated for and Congress allocated funding for a National Science Foundation program for HSIs. And in 2024, HACU successfully advocated for a first-of-its-kind General Accountability Office study spotlighting critical digital infrastructure needs for HSIs.

13. HACU works with its membership to secure federal funding. In 2023, for example, HSIs were awarded over $250 million under Parts V(A) and (B) of the Higher Education Act; $94.3 million under Title III-F, which funds STEM programs; $53.5 million, under the National Science Foundation; and $16 million under the U.S. Department of Agriculture Education. These funds provide critical research and development, infrastructure, counseling, tutoring, and other essential services to HSIs and the students they educate. HACU member, Southern Adventist University, secured a five-year, $3 million federal grant under the STEM program.[4]

**C)    HACU's Role in Leveraging Public and Private Sector Funds for the Benefit of Students Educated at Hispanic-Serving Institutions**

14. HACU serves as the leading voice for HSIs and Latinos in higher education, representing over 500not-for-profit colleges and universities committed to the success of Hispanic students in higher education in the United States. As of 2023, HACU's existing and emerging HSIs comprised nineteen percent of nonprofit institutions of higher education. Overall, HACU's membership covers 373 designated HSIs, including one in Tennessee—Southern Adventist University—and 116 Associate Member Institutions,

---

[4] https://www.southern.edu/administration/academic-administration/student/dhsi/

including the University of Tennessee-Knoxville. HACU's membership extends to thirty-four states, including Tennessee, Kentucky, Ohio, Michigan, Texas, Florida, Georgia, Alabama, and Louisiana.

15.    HSIs enroll over 5 million undergraduate students of whom 67.3% are Hispanic students. HSIs also educate 43.6% of Asian, 22.7% of Black, and 18.7% of White students. For many of the students who attend HSIs, HSIs represent an important access and affordability point into higher education. Although HSIs educate the majority of Hispanic students, they receive less funding than non-HSIs. HSIs need more federal assistance to close the funding gap.

16.    HACU serves its membership and the students they educate through legislative and regulatory advocacy, conducting conferences, building strategic public, private, and philanthropic sector partnerships, providing educational programs and affording scholarships and internship opportunities.

17.    HACU's flagship program for students is its HACU National Internship Program through which it places hundreds of college interns at federal agencies each year; more than 14,000 since its inception. The HACU National Internship Program has been recognized by the Office of Personnel Management as a key strategy for advancing Hispanic participation in the federal workforce. Next is HACU's Scholarship Program which has provided over one million dollars in academic scholarships and leadership awards to students in collaboration with HACU's private and public sector partners. HACU's Leadership Academy trains fellows in leadership development activities. HACU's Summer Bridge Program develops leaders for the energy sector with support from the private sector.

6

18.   Through HACU's partnership with NASA, HACU awards grants to high school students to prepare them for STEM programs. Similar partnerships with the Department of Defense, Department of Education, Department of Housing & Urban Development, and the Department of Veteran Affairs provides research funding assistance to HSIs. HACU also leverages dozens of partnerships in the private sector for HSIs and the students they educate.

19.   Despite having the highest labor force participation rate at 66.8%, Latinos lag behind other groups in college graduation rates. HSIs are the backbone of educational attainment for Latinos.

20.   America's competitiveness in the global economy requires an educated and trained workforce. HSIs are vital for preparing a burgeoning Latino population for tomorrow's workforce. They are vital for addressing educational achievement gaps between Latino and non-Latino students. They are vital to the academic success of low-income students, particularly those who are first generation college entrants, like many Latinos, or have language barriers.

21.   Enrollment in HSIs is open to all students without regard to race, ethnicity, national origin, or alienage. HSIs serve an underrepresented and underserved Hispanic population.

22.   I provide this declaration in support of HACU's proposed intervention in *Tennessee & SFFA v. Department of Education*.


I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 23, 2025

Antonio R. Flores

7