IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE and STUDENTS FOR FAIR ADMISSIONS, INC., *Plaintiffs*, v. UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official capacity as Secretary of Education, *Defendants*. | No. 3:25-cv-270-KAC-DCP |

**PLAINTIFFS' NON-OPPOSITION TO MOTION TO INTERVENE**

Tennessee and SFFA do not oppose granting the Hispanic Association of Colleges and Universities leave to intervene as of right as a defendant. Plaintiffs do not agree with anything the Association says about the merits, or even most of what it says about intervention. But the Association's request "to intervene to defend the constitutionality of the Hispanic-Serving Institutions program," including on "appeal," appears to satisfy the requirements of Rule 24(a). M2I (Doc.17) at cover, 4. For the same reasons that Plaintiffs have standing, the Association asserts concrete interests in "its institutional members' … eligibility for funding" and "its student members' interests in accessing the resources that only HSIs funding makes possible." M2I at 10; *accord* M2I at 18 (stressing that "HACU represents" its members here); Cover-Mot. (Doc.16) at 1 (similar); M2I at 17 (stressing that "HACU would be bound by the precedent created" here). And though the federal government has not yet responded to the complaint or taken a position on the merits, its existing (and correct) interpretation of *SFFA v. Harvard* creates the potential for inadequate representation. M2I at 20. As does the sheer indefensibility of a program that awards federal funding based on—in Intervenors' words—a "'numbers-driven'" ethnic classification. M2I at 7.

Plaintiffs take no position on the Association's alternative request for permissive intervention.

|  | Respectfully submitted, |
|---|---|
| Dated: July 24, 2025 | /s/ Cameron T. Norris |
| JONATHAN SKRMETTI<br>*Attorney General of Tennessee* | Thomas R. McCarthy*<br>Cameron T. Norris<br>Matt Pociask* |
| J. MATTHEW RICE<br>*Solicitor General of Tennessee* | CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22201 |
| AARON L. BERNARD<br>*Assistant Solicitor General* | (703) 243-9423<br>cam@consovoymccarthy.com |
| *Counsel for Plaintiff State of Tennessee* | *Counsel for Plaintiff SFFA* |
|  | * pro hac vice |