# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | CASE NO. 3:25-cv-270-KAC-DCP <br><br> **DEFENDANTS' NON-OPPOSITION TO MOTION TO INTERVENE** |

**DEFENDANTS' NON-OPPOSITION TO MOTION TO INTERVENE**

Defendants the United States Department of Education and Secretary of Education Linda McMahon (hereinafter "Defendants") do not oppose granting the Hispanic Association of Colleges and Universities ("the Association") permissive intervention in this matter pursuant to Federal Rule of Civil Procedure 24(b). Defendants take no position on the Association's alternative request for mandatory intervention.

Dated: August 7, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Keri L. Berman*
C. LEE REEVES
KERI L. BERMAN
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 616-0773
Fax: (202) 616-8460
Email: keri.l.berman@usdoj.gov

*Counsel for Defendants*