IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE and STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official capacity of Secretary of Education, <br><br> *Defendants.* | No. 3:25-cv-270-KAC-DCP |

## **MOTION TO INTERVENE**

The National Association of Scholars and Faculty, Alumni, and Students Opposed to Racial Preferences (collectively, the "Applicants") move to intervene as of right in this case under Federal Rule of Civil Procedure 24(a). Alternatively, the Applicants move for permissive intervention under Rule 24(b).

This motion is accompanied by an opening brief and the Applicants' proposed complaint in intervention. Prior to filing this motion, counsel for the Applicants conferred with counsel for the State of Tennessee and Students for Fair Admissions (together, the "Initial Plaintiffs"). Counsel for the Initial Plaintiffs confirmed that they do not oppose the Applicants' motion to intervene, in writing, on July 29, 2025.[1]

For the reasons explained in their opening brief, the Applicants respectfully request that the Court grant their motion to intervene and direct the clerk to file their proposed complaint in intervention on the docket.

---

[1] The Applicants simultaneously sought to confer with the proposed intervenor-defendants. On July 29, 2025, their counsel responded that because HACU "has not yet been granted party status and has not reviewed any grounds for your client's [sic] intervention, we cannot take a position on your client's [sic] intervention."

1

DATED: August 8, 2025

Respectfully submitted,

/s/ *Eric G. Osborne*
Eric G. Osborne (No. 29719)
Mark Alexander Carver (No. 36754)*
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
Phone: (615) 742-4200
eosborne@srvhlaw.com
acarver@srvhlaw.com

Dan Morenoff (Texas Bar No. 24032760)*
Joseph A. Bingham (D.C. Bar No. 1015329)*
American Civil Rights Project
P.O. Box 12207
Dallas, TX 75225
(214) 504-1835
(919) 649-7403
dan@americancivilrightsproject.org
joe@americancivilrightsproject.org

* *Pro hac vice* application pending

*Attorneys for Proposed Intervenors the National Association of Scholars and Faculty, Alumni, and Students Opposed to Racial Preferences*

2

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document through the Court's CM/ECF system on August 8, 2025, which will automatically serve counsel for all parties.

DATED: August 8, 2025

*/s/ Eric G. Osborne*
Eric G. Osborne