IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | CASE NO. 3:25-cv-270-KAC-DCP<br><br>**DEFENDANTS' UNOPPOSED REQUEST FOR EXTENSION OF TIME** |

**UNOPPOSED REQUEST FOR EXTENSION OF TIME**

Defendants the United States Department of Education and Secretary of Education Linda McMahon (hereinafter "Defendants"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), move the Court for an order extending by forty-five (45) days Defendants' deadline under Fed. R. Civ. P. 12(a)(2) to file a response to Plaintiffs' Complaint (Doc. 30). In support, Defendants aver as follows:

1. Defendants' response to Plaintiffs' Complaint is currently due by August 18, 2025.

2. Multiple parties have sought to intervene, including as plaintiffs. See Doc. 22. If the currently pending motions are granted, Defendants would be required to respond to at least two complaints.

3. Undersigned counsel has conferred with counsel for Plaintiffs, and Plaintiffs consent to this extension.

4. Under the parties' agreement, and subject to the Court's approval,

Defendants' response to Plaintiffs' Complaint would now be due by October 2, 2025.

Accordingly, good cause exists to extend Defendants' time to respond to Plaintiffs' Complaint to October 2, 2025.

Dated: August 15, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ C. Lee Reeves, II*
C. LEE REEVES, II
KERI L. BERMAN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 451-7347
Email: lee.reeves2@usdoj.gov

*Counsel for Defendants*