IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | CASE NO. 3:25-cv-270-KAC-DCP<br><br>**DEFENDANTS' NOTICE OF FILING** |

**NOTICE OF FILING**

Defendants the United States Department of Education and Secretary of Education Linda McMahon (hereinafter "Defendants") aver as follows:

1. Defendants' response to Plaintiffs' Complaint is currently due by October 2, 2025. Defendants hereby notify this Court that "the Department Justice has decided not to defend the constitutionality of certain provisions of the Higher Education Act 1965" in the above-captioned case. *See* https://www.justice.gov/oip/media/1411811/dl?inline (Letter of Hon. D. John Sauer, United States Solicitor General, to Hon. Mike Johnson, Speaker, United States House of Representatives).

2. Multiple entities have sought to intervene, including as plaintiffs. See Doc. 16, 22. These motions remain pending at this time.

3. Once this Court resolves the pending motions for intervention, and the parties have completed briefing of dispositive motions, the scope of the parties' disputes about legality and/or any potential remedies will likely become clearer. Defendants

respectfully request that, in any scheduling order this Court might issue, this Court establish a deadline thirty (30) days after the completion of dispositive briefing by which Defendants may provide any further views concerning the issues presented in this case.

4. Undersigned counsel has conferred with counsel for Plaintiffs. Plaintiffs state the following: "Plaintiffs do not object to treating Defendants' letter as their response to the complaint and excusing Defendants from filing any further response. Plaintiffs ask the Court to promptly grant the unopposed motions to intervene and to order Plaintiffs, Defendant-Intervenors, and Plaintiff-Intervenors to confer on a schedule for cross-motions for summary judgment. Plaintiffs do not oppose giving Defendants an opportunity to respond to those cross-motions within 30 days, though Plaintiffs reserve the right to seek leave to respond to Defendants' brief."

Dated: September 30, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ C. Lee Reeves, II*
C. LEE REEVES, II
KERI L. BERMAN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 451-7347
Email: lee.reeves2@usdoj.gov

*Counsel for Defendants*