**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

<table>
<tr><td>

STATE OF TENNESSEE; STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiffs*,

THE NATIONAL ASSOCIATION OF SCHOLARS And FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES,

*Plaintiff–Intervenors*,

v.

UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, In Her Official Capacity As Secretary Of Education,

*Defendants,*

HISPANIC ASSOCIATION OF COLLEGES AND UNIVERSITIES,

*Defendant-Intervenor.*

</td><td>

Case No. 3:25-cv-270

</td></tr>
</table>

**DEFENDANT-INTERVENOR'S MOTION TO DISMISS PLAINTIFF-INTERVENORS'
COMPLAINT IN INTERVENTION**

Pursuant to Federal Rule of Civil Procedure Rule 12(b)(1), Defendant-Intervenor Hispanic Association of Colleges and Universities ("HACU") moves to dismiss Plaintiff-Intervenors' Complaint in Intervention. For the reasons set forth in the Memorandum of Law (the "Memorandum") filed concurrently herewith, the Court lacks subject matter jurisdiction over Plaintiff-Intervenors' claims because the Plaintiff-Intervenors do not have Article III standing. Plaintiff-Intervenors' Complaint in Intervention fails to identify a single member of either intervening organization who has suffered a particularized injury and instead relies on generalized grievances and speculative chains of causation.

1

Additionally, Plaintiff-Intervenors' claims based on the Title V grants are moot because the Department of Education has defunded those grant programs. Because Plaintiff-Intervenors cannot be excluded from competing for grant funds that no longer exist, this Court cannot grant the declaratory or injunctive relief they seek in challenging those programs.

For the reasons stated above and in the concurrently filed Memorandum, this Court should dismiss the Complaint in Intervention in its entirety for a lack of standing. In the alternative, this Court should dismiss the Plaintiff-Intervenors' claims related to the Title V programs as moot.

Dated this 2nd day of December, 2025

Respectfully Submitted,

/s/ Francisca D. Fajana
Francisca D. Fajana*
Namratha Somayajula**
LatinoJustice PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 219-3360
FFajana@latinojustice.org
Nsomayajula@latinojustice.org

Stella Yarbrough (BPR No. 033637)
Zee Scout (BPR No. 042637)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
SYarbrough@aclu-tn.org
ZScout@aclu-tn.org

Grace E. Hart**
Suzana Kondic**
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

2

(212) 351-6372
GHart@gibsondunn.com
SKondic@gibsondunn.com

*Attorneys for Defendant-Intervenor, Hispanic Association of Colleges and Universities*

\* Admitted pro hac vice

\*\* Pro hac vice application forthcoming

## MEET & CONFER CERTIFICATION

Counsel for Plaintiff-Intervenors, the original Plaintiffs, and Defendant-Intervenor met on December 1, 2025, regarding Defendant-Intervenor's Motion to Dismiss and whether an amendment could cure Plaintiff-Intervenors' deficient pleading. The Parties did not reach an agreement on whether Plaintiff-Intervenors' Complaint is curable by a permissible amendment. Dated this 2nd day of December, 2025.

Respectfully Submitted,

*/s/ Francisca D. Fajana*
Francisca D. Fajana*
Namratha Somayajula**
LatinoJustice PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
212.219.3360
FFajana@latinojustice.org
NSomayajula@latinojustice.org

Stella Yarbrough
BPR No. 033637
Zee Scout
BPR No. 042637
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
615.320.7142
SYarbrough@aclu-tn.org
ZScout@aclu-tn.org

*Admitted Pro Hac Vice
** Pro Hac Vice Application
   Pending

4

## CERTIFICATE OF SERVICE

I e-filed this document and accompanying Defendant-Intervenor's Memorandum of Law in Support of Motion to Dismiss Plaintiff-Intervenors' Complaint in Intervention with the Court on December 2, 2025, which automatically served everyone requiring service.

*/s/ Francisca D. Fajana*