| | |
|---|---|
| STATE OF TENNESSEE; STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiffs*, <br><br> THE NATIONAL ASSOCIATION OF SCHOLARS and FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES, <br><br> *Plaintiff–Intervenors*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official capacity as Secretary of Education, <br><br> *Defendants,* <br><br> HISPANIC ASSOCIATION OF COLLEGES AND UNIVERSITIES, <br><br> *Defendant-Intervenor.* | Case No. 3:25-cv-270 |

**JOINT STIPULATION AND [PROPOSED] ORDER
GOVERNING REVISED CASE SCHEDULE**

Defendant-Intervenor Hispanic Association of Colleges and Universities ("Defendant-Intervenor"), Plaintiffs, the State of Tennessee and Students for Fair Admissions ("Plaintiffs"), and Plaintiff-Intervenors, the National Association of Scholars and Faculty, Alumni, and Students Opposed to Racial Preferences ("Plaintiff-Intervenors") (together, "the Parties"), by and through their respective attorneys of record herein, and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation Governing the Revised Case Schedule:

WHEREAS, the Court granted the Order Setting Schedule (Dkt. No. 41) (hereinafter,

1

"Scheduling Order") on October 27, 2025;

WHEREAS, the Parties agree that Defendants'/Defendant-Intervenor's expert testimony disclosure deadline shall be extended to January 26, 2026;

WHEREAS, the Parties agree that Plaintiffs'/Plaintiff-Intervenors' expert testimony disclosure deadline shall be extended to February 23, 2026;

WHEREAS, pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Parties have agreed upon the below proposed revised case schedule and file this motion to extend the first two discovery deadlines as follows:

| Key Scheduling Dates | | |
|---|---|---|
| | **Current Deadline** | **Proposed Extended Deadline** |
| Defendants'/Defendant-Intervenor's Expert Testimony Disclosure | January 5, 2026 | January 26, 2026 |
| Plaintiffs'/Plaintiff-Intervenors' Expert Testimony Disclosure | February 2, 2026 | February 23, 2026 |
| Rebuttal | March 23, 2026 | March 23, 2026 |
| All Discovery | April 30, 2026 | April 30, 2026 |
| Plaintiffs/Plaintiff-Intervenors' Joint Motion for Summary Judgment | June 1, 2026 | June 1, 2026 |
| Defendants' and Defendant-Intervenor's Combined Response & Cross Motion for Summary Judgment | July 1, 2026 | July 1, 2026 |
| Plaintiffs/Plaintiff-Intervenors' Joint Combined Reply & Cross Opposition | July 22, 2026 | July 22, 2026 |
| Defendants' and Defendant-Intervenor's Reply | August 12, 2026 | August 12, 2026 |

2

WHEREAS, because the modifications described above will not alter any other provision of the Order Setting Schedule (Dkt. No. 41), including the discovery cut-off and summary judgment deadlines set by the Court, this stipulation will not delay the ultimate resolution of this matter;

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, through their undersigned counsel and subject to the approval of the Court, that the revised key scheduling dates shall govern further proceedings in this action.

Dated this 22nd day of December, 2025.

Respectfully Submitted,

/s/ J. Matthew Rice

Jonathan Skrmetti
Attorney General of Tennessee

J. Matthew Rice
Solicitor General of Tennessee

Joshua D. Minchin
Assistant Solicitor General

Aaron L. Bernard
Assistant Solicitor General*

*Counsel for Plaintiff State of Tennessee*

/s/ Thomas R. McCarthy

Thomas R. McCarthy*
Cameron T. Norris
Matt Pociask*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 243-9423
cam@consovoymccarthy.com

/s/ Grace E. Hart

Francisca D. Fajana*
Namratha Somayajula*
LatinoJustice PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 219-3360
FFajana@latinojustice.org
NSomayajula@latinojustice.org

Stella Yarbrough (BPR No. 033637)
Zee Scout (BPR No. 042637)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
SYarbrough@aclu-tn.org
ZScout@aclu-tn.org

Grace E. Hart*
Suzana Kondic*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

3

Adam K. Mortara
Lawfair LLC
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Counsel for Plaintiff SFFA*

*\* pro hac vice application forthcoming*


/s/ Mark Alexander Carver
Eric G. Osborne (No. 29719)
Mark Alexander Carver (No. 36754)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
(615) 742-4200
acarver@srvhlaw.com
Dan Morenoff (Texas Bar No. 24032760)
Joseph A. Bingham (D.C. Bar No. 1015329)
American Civil Rights Project
P.O. Box 12207
Dallas, TX 75225
(214) 504-1835

*Counsel for Plaintiff-Intervenors the National Association
of Scholars and Faculty, Alumni, and Students Opposed to
Racial Preferences*

(212) 351-6372
GHart@gibsondunn.com
SKondic@gibsondunn.com


*Attorneys for Defendant-Intervenor, Hispanic
Association of Colleges and Universities*

*Admitted Pro Hac Vice


**IT IS SO ORDERED, this ___ day of _____, 2025.**


_____

Hon. Katherine A. Crytzer


4