# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE; STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiffs*, <br><br> THE NATIONAL ASSOCIATION OF SCHOLARS and FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES, <br><br> *Plaintiff–Intervenors*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official capacity as Secretary of Education, <br><br> *Defendants,* <br><br> HISPANIC ASSOCIATION OF COLLEGES AND UNIVERSITIES, <br><br> *Defendant-Intervenor.* | Case No. 3:25-cv-270 |

**JOINT MOTION FOR ENTRY OF AN ORDER GOVERNING THE REVISED CASE SCHEDULE**

The parties hereby jointly move this Court, pursuant to Federal Rules of Civil Procedure 16(b)(4) and 6(b)(1)(A), for an Order modifying the Court's Scheduling Order (Dkt. No. 41) as amended (Dkt. No. 56), by extending the remaining case deadlines by 90 days. The parties agree that an extension of the remaining case management deadlines is warranted and no prejudice will result from such an extension. The specific agreement is described in the attached agreed order, which was signed by all parties.

1

Dated this 23rd day of January, 2026.

Respectfully Submitted,

/s/   J. Matthew Rice
Jonathan Skrmetti
Attorney General of Tennessee

J. Matthew Rice
Solicitor General of Tennessee

Joshua D. Minchin
Assistant Solicitor General

Aaron L. Bernard*
Assistant Solicitor General

301 6th Avenue North
Nashville, TN 37243
(615) 741-3491
matt.rice@ag.tn.gov
joshua.minchin@ag.tn.gov

*Counsel for Plaintiff, State of Tennessee*

/s/   Cameron T. Norris
Thomas R. McCarthy*
Cameron T. Norris
Matt Pociask*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com

Adam K. Mortara
LAWFAIR LLC
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Counsel for Plaintiff, SFFA*

/s/   Grace E. Hart
Grace E. Hart*
Suzana Kondic*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-6372
GHart@gibsondunn.com
SKondic@gibsondunn.com

Francisca D. Fajana*
Namratha Somayajula*
LatinoJustice PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 219-3360
FFajana@latinojustice.org
NSomayajula@latinojustice.org

Zee Scout (BPR No. 042637)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
ZScout@aclu-tn.org

*Counsel for Defendant-Intervenor, Hispanic Association of Colleges and Universities*

*admitted *pro hac vice*

*/s/    Mark Alexander Carver*
Eric G. Osborne (No. 29719)
Mark Alexander Carver (No. 36754)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
(615) 742-4200
EOsborne@srvhlaw.com
ACarver@srvhlaw.com

Dan Morenoff (Texas Bar No. 24032760)
Joseph A. Bingham (D.C. Bar No. 1015329)
American Civil Rights Project
P.O. Box 12207
Dallas, TX 75225
(214) 504-1835
dan@americancivilrightsproject.org
joe@americancivilrightsproject.org

*Counsel for Plaintiff-Intervenors, the National Association of Scholars and Faculty, Alumni, and Students Opposed to Racial Preferences*

# CERTIFICATE OF CONSENT

In accordance with Rule 6 of the ECF Rules & Procedures for the Eastern District of Tennessee, I hereby certify that I have obtained consent for this electronic filing from the signatories listed above.

Dated: January 23, 2026

Respectfully submitted,

By: /s/     *Grace E. Hart*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-6372
GHart@gibsondunn.com

*Counsel for Defendant-Intervenor, Hispanic Association of Colleges and Universities*

4

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Court, and should therefore be served via the court's electronic filing system, upon:

Jonathan Skrmetti
Attorney General of Tennessee

J. Matthew Rice
Solicitor General of Tennessee

Joshua D. Minchin
Assistant Solicitor General

Aaron L. Bernard*
Assistant Solicitor General

301 6th Avenue North
Nashville, TN 37243
(615) 741-3491
matt.rice@ag.tn.gov
joshua.minchin@ag.tn.gov

*Counsel for Plaintiff, State of Tennessee*

Thomas R. McCarthy*
Cameron T. Norris
Matt Pociask*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com

Adam K. Mortara
LAWFAIR LLC
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Counsel for Plaintiff, SFFA*

Eric G. Osborne (No. 29719)
Mark Alexander Carver (No. 36754)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
(615) 742-4200
EOsborne@srvhlaw.com
ACarver@srvhlaw.com

Dan Morenoff (Texas Bar No. 24032760)
Joseph A. Bingham (D.C. Bar No. 1015329)
American Civil Rights Project
P.O. Box 12207
Dallas, TX 75225
(214) 504-1835
dan@americancivilrightsproject.org
joe@americancivilrightsproject.org

*Counsel for Plaintiff-Intervenors, the National Association of Scholars and Faculty, Alumni, and Students Opposed to Racial Preferences*

On this the 23rd day of January, 2026.

*/s/    Grace E. Hart*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-6372
GHart@gibsondunn.com

*Counsel for Defendant-Intervenor, Hispanic Association of Colleges and Universities*