UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

STATE OF TENNESSEE; STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiffs*,

THE NATIONAL ASSOCIATION OF SCHOLARS and FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES,

*Plaintiff–Intervenors*,

v.

UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official capacity as Secretary of Education,

*Defendants,*

HISPANIC ASSOCIATION OF COLLEGES AND UNIVERSITIES,

*Defendant-Intervenor.*

Case No. 3:25-cv-270

## JOINT STIPULATION AND AGREED [PROPOSED] ORDER GOVERNING REVISED CASE SCHEDULE

Defendant-Intervenor Hispanic Association of Colleges and Universities ("Defendant-Intervenor"), Plaintiffs, the State of Tennessee and Students for Fair Admissions ("Plaintiffs"), and Plaintiff-Intervenors, the National Association of Scholars and Faculty, Alumni, and Students Opposed to Racial Preferences ("Plaintiff-Intervenors") (together, "the Parties"), by and through their respective attorneys of record herein, and without waiving any rights, claims, or defenses they have in this action, enter into this Joint Stipulation Governing the Revised Case Schedule:

WHEREAS, the Court granted the Order Setting Schedule (Dkt. No. 41) (hereinafter,

1

"Scheduling Order") on October 27, 2025;

WHEREAS, the Parties filed a Joint Motion to Extend two interim case deadlines—(1) Defendants'/Defendant-Intervenors' deadline to disclose expert testimony and (2) Plaintiffs'/Plaintiff-Intervenors' deadline to disclose expert testimony, on December 23, 2025. (Dkt. No. 55);

WHEREAS, the Court granted the parties' Joint Motion (Dkt. No. 55) on December 29, 2025 (Dkt. No. 56);

WHEREAS, all parties consent to extending the case management deadlines by 90 days. Good cause exists to modify the schedule to allow the parties sufficient time to complete discovery and prepare dispositive motions in an orderly manner. This extension is not being sought for purposes of delay, and no party will be prejudiced by this extension. The parties have diligently pursued this case since the Court granted the Scheduling Order, including by exchanging written discovery, which supports a finding of good cause.

WHEREAS, pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Parties have agreed upon the proposed revised case schedule below and file this motion to extend the case deadlines as follows:[1]

| Key Scheduling Dates | | |
|---|---|---|
| | **Current Deadlines** | **Proposed Extended Deadline** |
| Defendants'/Defendant-Intervenor's Expert Testimony Disclosure | January 26, 2026 | April 27, 2026 |
| Plaintiffs'/Plaintiff-Intervenors' Expert Testimony Disclosure | February 23, 2026 | May 26, 2026 |
| Rebuttal | March 23, 2026 | June 22, 2026 |
| All Discovery | April 30, 2026 | July 29, 2026 |

---

[1] These dates reflect a 90-day extension of the current dates, with any deadline that falls on a weekend or federal holiday carried to the next business day.

| Plaintiffs/Plaintiff-Intervenors' Joint Motion for Summary Judgment[2] | June 1, 2026 | August 31, 2026 |
|---|---|---|
| Defendants' and Defendant-Intervenor's Combined Response & Cross Motion for Summary Judgment | July 1, 2026 | September 29, 2026 |
| Plaintiffs/Plaintiff-Intervenors' Joint Combined Reply & Cross Opposition | July 22, 2026 | October 20, 2026 |
| Defendants' and Defendant-Intervenor's Reply | August 12, 2026 | November 10, 2026 |

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, through their undersigned counsel and subject to the approval of the Court, that the revised key scheduling dates shall govern further proceedings in this action.

Dated this 23rd day of January, 2026.

Respectfully Submitted,

*/s/   J. Matthew Rice*
Jonathan Skrmetti
Attorney General of Tennessee

J. Matthew Rice
Solicitor General of Tennessee

Joshua D. Minchin
Assistant Solicitor General

*/s/   Grace E. Hart*
Grace E. Hart*
Suzana Kondic*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-6372
GHart@gibsondunn.com
SKondic@gibsondunn.com

---

[2] The opposition and reply deadlines above correspond to the deadlines for filing initial motions for summary judgment. Should any party decide to file a motion for summary judgment prior to the deadline(s), the deadline for response will be 29 days after the motion's filing and the deadline to file a reply will be 21 days after the response is filed, consistent with the parties' agreed-upon briefing schedule reflected in the chart above.

3

Aaron L. Bernard*
Assistant Solicitor General

301 6th Avenue North
Nashville, TN 37243
(615) 741-3491
matt.rice@ag.tn.gov
joshua.minchin@ag.tn.gov

*Counsel for Plaintiff, State of Tennessee*

/s/   Cameron T. Norris
Thomas R. McCarthy*
Cameron T. Norris
Matt Pociask*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com

Adam K. Mortara
LAWFAIR LLC
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Counsel for Plaintiff, SFFA*


/s/   Mark Alexander Carver
Eric G. Osborne (No. 29719)
Mark Alexander Carver (No. 36754)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
(615) 742-4200
EOsborne@srvhlaw.com
ACarver@srvhlaw.com

Dan Morenoff (Texas Bar No. 24032760)
Joseph A. Bingham (D.C. Bar No. 1015329)
American Civil Rights Project

Francisca D. Fajana*
Namratha Somayajula*
LatinoJustice PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 219-3360
FFajana@latinojustice.org
NSomayajula@latinojustice.org

Zee Scout (BPR No. 042637)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
ZScout@aclu-tn.org

*Counsel for Defendant-Intervenor, Hispanic Association of Colleges and Universities*

*admitted *pro hac vice*

4

P.O. Box 12207
Dallas, TX 75225
(214) 504-1835
dan@americancivilrightsproject.org
joe@americancivilrightsproject.org

*Counsel for Plaintiff-Intervenors, the National Association of Scholars and Faculty, Alumni, and Students Opposed to Racial Preferences*

**CERTIFICATE OF CONSENT**

In accordance with Rule 6 of the ECF Rules & Procedures for the Eastern District of Tennessee, I hereby certify that I have obtained consent for this electronic filing from the signatories listed above.

Dated: January 23, 2026

Respectfully submitted,

By: /s/     *Grace E. Hart*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-6372
GHart@gibsondunn.com

*Counsel for Defendant-Intervenor, Hispanic Association of Colleges and Universities*

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Court, and should therefore be served via the court's electronic filing system, upon:

Jonathan Skrmetti
Attorney General of Tennessee

J. Matthew Rice
Solicitor General of Tennessee

Joshua D. Minchin
Assistant Solicitor General

Aaron L. Bernard*
Assistant Solicitor General

301 6th Avenue North
Nashville, TN 37243
(615) 741-3491
matt.rice@ag.tn.gov
joshua.minchin@ag.tn.gov

*Counsel for Plaintiff, State of Tennessee*

Thomas R. McCarthy*
Cameron T. Norris
Matt Pociask*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com

Adam K. Mortara
LAWFAIR LLC
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Counsel for Plaintiff, SFFA*

Eric G. Osborne (No. 29719)
Mark Alexander Carver (No. 36754)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
(615) 742-4200
EOsborne@srvhlaw.com
ACarver@srvhlaw.com

Dan Morenoff (Texas Bar No. 24032760)
Joseph A. Bingham (D.C. Bar No. 1015329)
American Civil Rights Project
P.O. Box 12207
Dallas, TX 75225
(214) 504-1835
dan@americancivilrightsproject.org
joe@americancivilrightsproject.org

*Counsel for Plaintiff-Intervenors, the National Association of Scholars and Faculty, Alumni, and Students Opposed to Racial Preferences*

Dated: January 23, 2026

By: /s/   Grace E. Hart
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-6372
GHart@gibsondunn.com

*Counsel for Defendant-Intervenor, Hispanic Association of Colleges and Universities*

**IT IS SO ORDERED, this \_\_\_ day of _____, 2026.**

_____
Hon. Katherine A. Crytzer
United States District Judge

8

Case 3:25-cv-00270-KAC-DCP   Document 62-1   Filed 01/23/26   Page 8 of 8
PageID #: 605