# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE and STUDENTS FOR FAIR ADMISSIONS, INC., *Plaintiffs*, NATIONAL ASSOCIATION OF SCHOLARS and FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES, *Plaintiff-Intervenors*, v. UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official capacity as Secretary of Education, *Defendants*, HISPANIC ASSOCIATION OF COLLEGES AND UNIVERSITIES, *Defendant-Intervenor*. | No. 3:25-cv-270 |

## CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs State of Tennessee and Students for Fair Admission (SFFA) move that the Court enter the attached protective order. Plaintiff-Intervenors National Association of Scholars (NAS) and Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP); and Defendant-Intervenor Hispanic Association of Colleges and Universities (HACU) have also approved this proposed order.

The Court should enter the stipulated protective order under Rule 12(c) of the Federal Rules of Civil Procedure. There is good cause to enter the order to ensure that confidential information remains confidential and is not used for any purpose other

than discovery, trial preparation, and the trial of this case.

Respectfully submitted,

Dated: March 17, 2026

*/s/ Cameron T. Norris*

JONATHAN SKRMETTI
*Attorney General of Tennessee*

J. MATTHEW RICE
*Solicitor General of Tennessee*

JOSHUA DANIEL MINCHIN
*Assistant Solicitor General*

AARON L. BERNARD
*Assistant Solicitor General\**

*Counsel for Plaintiff State of Tennessee*

Thomas R. McCarthy*
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 243-9423
cam@consovoymccarthy.com

Adam K. Mortara
Lawfair LLC
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Counsel for Plaintiff SFFA*

*\* pro hac vice*

2

# CERTIFICATE OF SERVICE

I hereby certify that I filed this document through the Court's CM/ECF system on March 17, 2026, which automatically served counsel for all parties.

Dated: March 17, 2026                    */s/ Cameron T. Norris*