**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | |
|---|---|
| STATE OF TENNESSEE and STUDENTS FOR FAIR ADMISSIONS, INC., *Plaintiffs*,<br><br>NATIONAL ASSOCIATION OF SCHOLARS and FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES, *Plaintiff-Intervenors*,<br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official capacity as Secretary of Education, *Defendants*,<br><br>HISPANIC ASSOCIATION OF COLLEGES AND UNIVERSITIES, *Defendant-Intervenor*. | No. 3:25-cv-270 |

**DECLARATION OF TYLER A. DOBBS**

I, Tyler A. Dobbs, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2. I am an attorney at Consovoy McCarthy PLLC. I am counsel in this case for Students for Fair Admissions.

3. I submit this declaration in support of Plaintiffs' and Plaintiff-Intervenors' joint motion for summary judgment. The following materials are exhibits in support of

that motion. They are true and correct copies of materials that I reviewed and compiled. Cameron T. Norris and I attest to their authenticity.

4. Exhibit 1 is the Declaration of Steven Griffin, Deputy Attorney General and Director of the Civil Rights Enforcement Division, Office of the Tennessee Attorney General. It is available at App.1-6.

5. Exhibit 2 is the Declaration of Dr. Lori Mann Bruce, Chancellor of the University of Tennessee at Chattanooga. It is available at App.7-9.

6. Exhibit 3 is the Declaration of Flora W. Tydings, Chancellor of the Tennessee Board of Regents. It is available at App.10-11.

7. Exhibit 4 (redacted) is the Declaration of Edward Blum, President of Students for Fair Admissions (SFFA). It is available at App.12-19. An unredacted copy has been produced to Defendant-Intervenor.

8. Exhibit 5 (redacted) is the Declaration of Member A of SFFA. It is available at App.20-25. An unredacted copy has been produced to Defendant-Intervenor.

9. Exhibit 6 is the Declaration of Peter Wood, President of the National Association of Scholars (NAS). It is available at App.26-31.

10. Exhibit 7 is the Declaration of Steve Folmer, President of Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP). It is available at App.32-37.

11. Exhibit 8 (redacted) is the Declaration of Individual B, a member of NAS and FASORP. It is available at App.38-45. An unredacted copy will be provided to Defendant-Intervenor by August 31, 2026.

12. Exhibit 9 (redacted) is the Declaration of Individual C, a member of FASORP. It is available at App.46-48. An unredacted copy will be provided to Defendant-Intervenor by August 31, 2026.

13. Exhibit 10 (redacted) is the Declaration of Individual E, a member of FASORP. It is available at App.49-54. An unredacted copy will be provided to Defendant-Intervenor by August 31, 2026.

14. Exhibit 11 is a true and correct PDF copy of the Just Program Eligibility tab of the Department of Education's 2020 Eligibility Matrix. It is available at App55-266. The original Excel spreadsheet is available at www.ed.gov/grants-and-programs/grants-higher-education/eligibility-designations-higher-education-programs.

15. Exhibit 12 is a true and correct PDF copy of the Hispanic-Serving Institutions (HSI) tab from the Department of Education's 2022 Eligibility Matrix. It is available at App.267-314. The original Excel spreadsheet is available at www.ed.gov/grants-and-programs/grants-higher-education/eligibility-designations-higher-education-programs.

16. Exhibit 13 is a true and correct PDF copy of the Strengthening Institutions Program (SIP) tab from the Department of Education's 2022 Eligibility Matrix. It is available at App.315-445. The original Excel spreadsheet is available at

www.ed.gov/grants-and-programs/grants-higher-education/eligibility-designations-higher-education-programs.

17. Exhibit 14 is a true and correct PDF copy of the HSI tab from the Department of Education's 2023 Eligibility Matrix. It is available at App.446-503. The original Excel spreadsheet is available at www.ed.gov/grants-and-programs/grants-higher-education/eligibility-designations-higher-education-programs.

18. Exhibit 15 is a true and correct PDF copy of the SIP tab from the Department of Education's 2023 Eligibility Matrix. It is available at App.504-687. The original Excel spreadsheet is available at www.ed.gov/grants-and-programs/grants-higher-education/eligibility-designations-higher-education-programs.

19. Exhibit 16 is a true and correct PDF copy of the HSI tab from the Department of Education's 2024 Eligibility Matrix. It is available at App.688-743. The original Excel spreadsheet is available at www.ed.gov/grants-and-programs/grants-higher-education/eligibility-designations-higher-education-programs.

20. Exhibit 17 is a true and correct PDF copy of the SIP tab from the Department of Education's 2024 Eligibility Matrix. It is available at App.744-866. The original Excel spreadsheet is available at www.ed.gov/grants-and-programs/grants-higher-education/eligibility-designations-higher-education-programs.

21. Exhibit 18 is a true and correct PDF copy of the HSI tab from the Department of Education's 2025 Eligibility Matrix. It is available at App.867-966. The

original Excel spreadsheet is available at www.ed.gov/grants-and-programs/grants-higher-education/eligibility-designations-higher-education-programs.

22. Exhibit 19 is a true and correct PDF copy of the SIP tab from the Department of Education's 2025 Eligibility Matrix. It is available at App.967-1090. The original Excel spreadsheet is available at www.ed.gov/grants-and-programs/grants-higher-education/eligibility-designations-higher-education-programs.

23. Exhibit 20 is a true and correct PDF copy of the SIP tab from the Department of Education's 2026 Eligibility Matrix. It is available at App.1091-1247. The original Excel spreadsheet is available at www.ed.gov/grants-and-programs/grants-higher-education/eligibility-designations-higher-education-programs.

24. Exhibit 21 is a true and correct copy of the FY 2020 DHSI (Developing Hispanic-Serving Institutions) Project Abstracts for New Awards. It is available at App.1248-1375. It is also available at perma.cc/2A4R-7VEH.

25. Exhibit 22 is a true and correct copy of the FY 2021 DHSI Project Abstracts for New Awards. It is available at App.1376-1416. It is also available at perma.cc/F6UQ-B8YZ.

26. Exhibit 23 is a true and correct copy of the FY 2022 DHSI Project Abstracts for New Awards. It is available at App.1417-99. It is also available at perma.cc/CP8B-B273.

27. Exhibit 24 is a true and correct copy of FY 2023 DHSI Project Abstracts for New Awards (Fund Down the Slate). It is available at App.1500-49. It is also available at perma.cc/GEN5-A8YS.

28. Exhibit 25 is a true and correct copy of FY 2024 DHSI Abstracts of Funded Projects. It is available at App.1550-1601. It is also available at perma.cc/DGF5-VHXX.

29. Exhibit 26 is a true and correct copy of FY 2023 PPOHA (Promoting Postbaccalaureate Opportunities for Hispanic Americans) Abstracts of Funded Projects. It is available at App.1602-15. It is also available at perma.cc/N75F-XW6D.

30. Exhibit 27 is a true and correct copy of FY 2024 PPOHA Abstracts of Funded Projects. It is available at App.1616-33. It is also available at perma.cc/6UEK-Y7R8.

31. Exhibit 28 is a true and correct copy of FY 2021 HSI STEM Funded Abstracts. It is available at App.1634-1736. It is also available at perma.cc/2XUQ-CHL5.

32. Exhibit 29 (redacted) contains true and correct copies of HSI grant abstracts that Plaintiff SFFA received from the Department of Education during discovery. They are available at App.1737-43.

33. Exhibit 30 is a true and correct copy of Department of Education, Higher Education, Fiscal Year 2025 Budget Request. It is available at App.1744-1913. It is also available at perma.cc/WMJ3-N5B6.

34. Exhibit 31 is a true and correct copy of Department of Education, FY 2021 Application for Grants under the HSI STEM Program. It is available at App.1914-87. It is also available at perma.cc/8HHT-GKK8.

35. Exhibit 32 is a true and correct copy of Department of Education, Frequently Asked Questions: Request for Designation as an Eligible Institution and Waiver of the Non-Federal Cost Share Requirement. It is available at App.1988-2001. It is also available online at perma.cc/2JMK-4C75. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

36. Exhibit 33 is a true and correct copy of American International College, *AIC as an Emerging Hispanic Institution*. It is available at App.2002-05. It is also available online at perma.cc/Z3JY-X2X5. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

37. Exhibit 34 is a true and correct copy of The University of Arizona Foundation, *Heritage & Horizons: 2025 Annual and Endowment Report*. It is available at App.2006-18. It is also available online at perma.cc/S2KQ-SBQK. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

38. Exhibit 35 is a true and correct copy of UC San Diego Today, *Becoming a Hispanic-Serving Institution* (Mar. 25, 2021). It is available at App.2019-30. It is also available online at perma.cc/9765-SR5R. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

39. Exhibit 36 is a true and correct copy of Marquette Today, *Emerging HSI Day of Dialogue is Nov. 19* (Oct. 18, 2021). It is available at App.2031-33. It is also available online at perma.cc/HD6M-CZSK. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

40. Exhibit 37 is a true and correct copy of Texas State University, Hispanic-Serving Institution. It is available at App.2034-41. It is also available online at perma.cc/LC9D-DGKF. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

41. Exhibit 38 is a true and correct copy of Wichita State University, *HSI Strategic Plan*. It is available at App.2042-46. It is also available online at perma.cc/W8DV-L965. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

42. Exhibit 39 is a true and correct copy of UNC Greensboro, *Latine Students Who Found Their Way Here* (Oct. 6, 2025). It is available at App.2047-58. It is also available online at perma.cc/3G44-BPKF. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

43. Exhibit 40 is a true and correct copy of UCLA, Hispanic-Serving Institution, *Undergraduate Student Advisory Board*. It is available at App.2059-62. It is also available online at perma.cc/PL2T-XQ8Y. I reviewed this webpage on August 20, 2026 and attest to its authenticity

44. Exhibit 41 is a true and correct copy of UCLA, Hispanic-Serving Institution, *Meet the Task Force*. It is available at App.2063-69. It is also available online at perma.cc/XD58-7NT6. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

45. Exhibit 42 is a true and correct copy of University of Oregon, HSI Taskforce, *Report on the University of Oregon Becoming a Hispanic-Serving Institution* (Jan. 9, 2023). It is available at App.2070-2102. It is also available online at perma.cc/VN3S-8ALM. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

46. Exhibit 43 is a true and correct copy of University of Oregon Senate, *Supporting the Creation of a Hispanic-Serving Institution Steering Committee* (Apr. 16, 2024). It is available at App.2103-08. It is also available online at perma.cc/W5JR-5ZGQ. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

47. Exhibit 44 is a true and correct copy of the Tennessee Board of Regents Bylaws. It is available at App.2109-27. It is also available online at perma.cc/3VKY-32VV. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

48. Exhibit 45 is a true and correct copy of the Texas A&M University System Independent Foundations and Endowments. It is available at App.2128-30. It is also available online at perma.cc/4S4Z-ZGW4. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

49. Exhibit 46 is a true and correct copy of University of Texas at Austin, Latino Studies, *UT and Latino Studies Coordinate Efforts to Achieve Hispanic Serving Eligibility*

(Oct. 1, 2020). It is available at App.2131-36. It is also available online at perma.cc/M7BG-9GXP. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

50. Exhibit 47 is a true and correct copy of Weber State University, *Weber State Hires New Executive Director to Help Reach Goal of Serving More Hispanic, Latino Students*, (Sept. 15, 2022). It is available at App.2137-39. It is also available online at perma.cc/6M6A-9PWL. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

51. Exhibit 48 is a true and correct copy of Wichita State University Tech, *WSU Tech Achieves Federal Designation as a Hispanic-Serving Institution*. It is available at App.2140-44. It is also available online at perma.cc/8G4Q-CHXG. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

52. Exhibit 49 is a true and correct copy of UCLA HSI Task Force, *Cultivating the Seeds of Change: Becoming a Hispanic-Serving Institution* (Spring 2022). It is available at App.2145-93. It is also available online at perma.cc/5T5G-284J. I reviewed this webpage on August 26, 2026 and attest to its authenticity.

53. Exhibit 50 is a true and correct copy of UC San Diego, *Hispanic-Serving Institution Report: Más Que Un Número* (Fall 2022). It is available at App.2194-2243. It is also available online at perma.cc/BN6A-L6G4. I reviewed this webpage on August 26, 2026 and attest to its authenticity.

54. Exhibit 51 is a true and correct copy of Alexander M. Heideman, *Hispanic-Serving Institutions and Emerging Constitutional Issues*, 24 Fed. Soc'y Rev. 147 (2023). It is available at App.2244-62. It is also available online at perma.cc/JX2R-UMN9. I reviewed this article on August 20, 2026 and attest to its authenticity.

55. Exhibit 52 is a true and correct copy of Rebecca Perdomo, Dissertation, *Hispanic Serving Institutions, Funding, and Prestige: Who Engaged with the Title V Grant?* (2019). It is available at App.2263-2395. It is also available for download online at openscholar.uga.edu/record/5639?ln=en&v=pdf. I reviewed this dissertation on August 20, 2026 and attest to its authenticity.

56. Exhibit 53 is a true and correct copy of Brown & Morgan, *Everyone Wants to Be a Hispanic-Serving Institution*, Chronicle of Higher Education (Dec. 1, 2021). It is available at App.2396-2410. It is also available online at perma.cc/46X3-9F9W. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

57. Exhibit 54 is a true and correct copy of Gomez, *A Decades-Old Government Program That Supports Hispanic Students Is Under Fresh Scrutiny*, Chronicle of Higher Education (June 30, 2025). It is available at App.2411-18. It is also available online at perma.cc/2S88-6WEB. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

58. Exhibit 55 is a true and correct copy of McLean, *Why More Colleges Are Seeking Hispanic-Serving Institution Status*, Higher Ed Dive (Dec. 2, 2024). It is available at

App.2419-28. It is also available online at perma.cc/M3HZ-NAF8. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

59. Exhibit 56 is a true and correct copy of Moltz, *The Emerging Hispanic-Serving Institution*, Inside Higher Ed (Feb. 4, 2010). It is available at App.2429-33. It is also available online at perma.cc/Q5KV-MCG8. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

60. Exhibit 57 is a true and correct copy of HACU, *Emerging Hispanic-Serving Institutions (HSIs) 2024-25*. It is available at App.2434-45. It is also available online at perma.cc/N7LZ-24AW. I reviewed this webpage on August 20, 2026 and attest to its authenticity. This document was also produced in discovery as HACU 9625-35.

61. Exhibit 58 is a true and correct copy of HACU, *Eligibility: Associate Member Institution*. It is available at App.2446-52. It is also available online at perma.cc/DRZ6-TYG7. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

62. Exhibit 59 is a true and correct copy of HACU, *Hispanic Serving Institutions Quick Facts*. It is available at App.2453-55. It is also available online at perma.cc/XYU7-JV3F. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

63. Exhibit 60 is a true and correct copy of Excelencia in Education, *Emerging Hispanic-Serving Institutions (eHSIs): 2024-25* (Apr. 2026). It is available at App.2456-59. It is also available online at perma.cc/D385-VH4F. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

64. Exhibit 61 is a true and correct copy of Excelencia in Education, *List: Emerging Hispanic-Serving Institutions (eHSIs): 2024-25*. It is available at App.2460-82. It is also available online at perma.cc/Q323-FLVG. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

65. Exhibit 62 is a true and correct copy of Excelencia in Education, *List: Hispanic-Serving Institutions (HSIs): 2024-25*. It is available at App.2483-2511. It is also available online at perma.cc/SV3E-MX9K. I reviewed this webpage on August 20, 2026 and attest to its authenticity.

66. Exhibit 63 is a true and correct copy of Excelencia in Education, *HSIs, Title V, and Latino Students* (May 2016). It is available at App.2512-32. It is also available online at perma.cc/L9RJ-DEKY. I reviewed this webpage on August 21, 2026 and attest to its authenticity.

67. Exhibit 64 is a true and correct copy of Excelencia in Education, *Over 600 Colleges and Universities Are Now Hispanic-Serving Institutions, Enrolling Nearly One-Third of All Undergraduates* (Apr. 16, 2025). It is available at App.2533-35. It is also available online at perma.cc/ZBZ9-YJUS. I reviewed this webpage on August 21, 2026 and attest to its authenticity. This document was also produced by HACU in discovery as HACU 123.

68. Exhibit 65 is a true and correct copy of *Excelencia in Education, Hispanic-Serving Institutions (HSIs): 2026 Factboook* (Apr. 2026). It is available at App.2536-48. It is also available online at perma.cc/L4CG-LXVH. I reviewed this webpage on August 21,

2026 and attest to its authenticity. This document was also produced by HACU in discovery as HACU 9796-9807.

69. Exhibit 66 is a true and correct copy of Defendant Intervenor HACU's Responses and Objections to Plaintiffs' Second Set of Interrogatories (May 18, 2026). It is available at App.2549-63.

70. Exhibit 67 is a true and correct copy of Defendant Intervenor HACU's Responses and Objections to Plaintiff-Intervenors' First Set of Interrogatories (June 25, 2026). It is available at App.2564-95.

71. Exhibit 68 is a true and correct copy of the discovery letter of Grace E. Hart, counsel for Defendant-Intervenor HACU, to Cameron T. Norris, counsel for Plaintiff SFFA (June 30, 2026). It is available at App.2596-2602.

72. Exhibit 69 is a true and correct copy of the Tennessee Higher Education Factbook, published by the Tennessee Higher Education Commission. It is available at App.2603-2714. It is also available online at perma.cc/Y3SV-GXYW. I reviewed this webpage on August 21, 2026 and attest to its authenticity.

73. Exhibit 70 is a true and correct copy of Stephen Fragione, *The Largest US University Endowments (2026): How the Endowment Model Invests, Praxis Rock Advisors* (June 2026). It is available at App.2715-29. It is also available online at perma.cc/DJ9V-WMQW. I reviewed this webpage on August 21, 2026 and attest to its authenticity.

74. Exhibit 71 contains true and correct copies of documents that explain the financial situation of the non-HSI that SFFA Members B and C attend. Because filing

this exhibit on the public docket would risk exposing the identities of these members, this exhibit will be filed under seal. Defendant-Intervenor has been provided unsealed copies.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2026

*/s/ Tyler A. Dobbs*
Counsel for Students for Fair Admissions