**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | |
|---|---|
| STATE OF TENNESSEE; STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>*Plaintiffs*,<br><br>THE NATIONAL ASSOCIATION OF SCHOLARS and FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES,<br><br>*Plaintiff-Intervenors*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official capacity as Secretary of Education,<br><br>*Defendants,*<br><br>HISPANIC ASSOCIATION OF COLLEGES AND UNIVERSITIES,<br><br>*Defendant-Intervenor.* | Case No. 3:25-cv-270<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT-INTERVENOR'S CROSS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure Rule 56, Defendant-Intervenor Hispanic Association of Colleges and Universities ("HACU") moves for summary judgment on all of Plaintiffs' and Plaintiff-Intervenors' (collectively, "Plaintiffs") claims. For the reasons set forth in the Memorandum of Law (the "Memorandum") filed concurrently herewith, the Court lacks subject matter jurisdiction because Plaintiffs do not have Article III standing. Additionally, Plaintiffs' claims are moot because the U.S. Department of Education reallocated funds away from the challenged programs. Finally, on the merits, Plaintiffs' claims under the Fifth Amendment's equal protection component and the Spending Clause fail as a matter of law because the challenged

programs neither discriminate on their face nor discriminate in their purpose or effect, and because the challenged programs pursue the general welfare and are not independently unconstitutional.

For these reasons and those in the concurrently filed Memorandum, this Court should dismiss the Complaint in its entirety for a lack of subject matter jurisdiction. If the Court reaches the merits, it should grant summary judgment for Defendant-Intervenor on all of Plaintiffs' claims.

Defendant-Intervenor respectfully requests a hearing on this motion pursuant to this Court's Local Rule 7.2.

Dated this 29th day of September, 2026.

Respectfully Submitted,

/s/ Grace E. Hart
Grace E. Hart*
Suzana Kondic*
Cesar E. Garcia*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-6372
GHart@gibsondunn.com
SKondic@gibsondunn.com
CGarcia@gibsondunn.com

Donovan J. Stone*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8523
DStone2@gibsondunn.com

Francisca D. Fajana*
Namratha Somayajula*
LatinoJustice PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 219-3360
FFajana@latinojustice.org
NSomayajula@latinojustice.org

Zee Scout (BPR No. 042637)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160, Nashville, TN 37212
(615) 320-7260
ZScout@aclu-tn.org

*Admitted *Pro Hac Vice*

*Attorneys for Defendant-Intervenor, Hispanic Association of Colleges and Universities*

## CERTIFICATE OF SERVICE

I e-filed this document and accompanying Defendant-Intervenor's Combined Memorandum of Law in Support of Cross Motion for Summary Judgment and in Opposition to Plaintiffs' and Plaintiff-Intervenors' Joint Motion for Summary Judgment on September 29, 2026, which automatically served everyone requiring service.

*/s/ Grace E. Hart*
Grace E. Hart